IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| RODOLFO MOTA § <br> PLAINTIFF § <br> § <br> V § <br> § <br> § <br> NATIONAL UNION FIRE INSURANCE § <br> COMPANY OF PITTSBURGH, PA § <br> DEFENDANT § | C.A. 2:17-CV-00044 |

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND DAUBERT DEADLINE

ON THIS DAY, the court having considered Plaintiff's Unopposed Motion to Extend Daubert Deadline, any response thereto, and arguments of counsel, is of the opinion that this Motion should be GRANTED.

Therefore it is, ORDERED, ADJUDGED, and DECREED that the Plaintiff's Unopposed Motion to Extend Daubert Deadlines is hereby GRANTED; the following deadlines are extended as per below:

Plaintiff's Daubert Motions Deadline: December 29, 2017.

All other deadlines remain unchanged.

SIGNED on this 22nd day of December 2017.

_____
JUDGE PRESIDING

1